

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Frank Jeffery Black, Appellant<br><br>No. 06-19-00046-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F8622). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Frank Jeffery Black, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk